# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

LISA XIA VANG,

         Plaintiff,

   v.

FRANK BISIGNANO, Commissioner of Social Security,

         Defendant.

_____ /

Case No. 1:26-cv-01041-SKO

**ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED IN FORMA PAUPERIS**

(Doc. 2)

Plaintiff Lisa Xia Vang filed a complaint on February 6, 2026, along with an application to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.  (Docs. 1, 2.)  Plaintiff's application demonstrates entitlement to proceed without prepayment of fees.

Accordingly, IT IS HEREBY ORDERED that:

1.     Plaintiff's application to proceed *in forma pauperis* is GRANTED; and

2.     The Clerk of Court is DIRECTED to issue a summons, the Consent/Decline forms, and the Scheduling Order.  Service on the defendant shall proceed under the Court's E-Service program as follows: once a summons is issued, the Clerk of Court shall deliver to the Commissioner of Social Security Administration and the United States

Attorney's Office at their designated email addresses, a notice of electronic filing of the action along with the summons and complaint.

IT IS SO ORDERED.

Dated:    **February 9, 2026**                    /s/ *Sheila K. Oberto*
                                                      UNITED STATES MAGISTRATE JUDGE

2