ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (206) 615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA XIA VANG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:26-CV-01041-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR AN EXTENSION OF TIME; ORDER<br><br>(Doc. 13) |

Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty-five (35) days from June 12, 2026, up to and including July 17, 2026.  The parties further stipulate that the Court's Scheduling Order (ECF No. 5) shall be modified accordingly.

This is the Defendant's first request for an extension. Defendant respectfully requests this extension as Defendant has identified a possibility for settlement of this matter, and requires additional time to complete internal discussions, and if necessary, negotiate settlement with Plaintiff's counsel. Defendant's counsel has been diligent in her work, and in the last four weeks,

has completed nine responsive briefs. In addition to this case, counsel has eight upcoming responsive briefs in the next four weeks.

Respectfully submitted,

Dated: June 11, 2026            By:    /s/ *Jonathan O. Pena**
                                       (*as authorized via e-mail on June 10, 2026)
                                       JONATHAN O. PENA
                                       Attorney for Plaintiff

Dated: June 11, 2026                   ERIC GRANT
                                       United States Attorney
                                       MATHEW W. PILE
                                       Head of Program Litigation 1 – Law & Policy
                                       Social Security Administration

                                By:    /s/ *Lillian J. Lee*
                                       LILLIAN J. LEE
                                       Special Assistant U.S. Attorney
                                       Attorneys for Defendant

### **ORDER**

Pursuant to the parties' foregoing stipulation and unopposed motion (Doc. 13), IT IS ORDERED that Defendant shall have an extension, ***nunc pro tunc***, up to and including **July 17, 2026**, to respond to Plaintiff's Motion for Summary Judgment. All other deadlines set forth in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **June 11, 2026**                        /s/ *Sheila K. Oberto*
                                          UNITED STATES MAGISTRATE JUDGE

Stip. for Ext.; 1:26-CV-01041-SKO                    2