ERIC GRANT
United States Attorney
MATHEW W. PILE, WSBN 32245
Head of Program Litigation 1 – Law & Policy
Social Security Administration
LILLIAN J. LEE, NY 5449764
Special Assistant United States Attorney
Program Litigation 1 – Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 206-615-2733
lillian.j.lee@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA XIA VANG,<br><br>      Plaintiff,<br><br>   vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>      Defendant. | Civil No. 1:26-cv-01041-SKO<br><br><br>STIPULATION AND UNOPPOSED MOTION TO VOLUNTARY REMAND PURSUANT TO SENTENCE SIX OF 42 U.S.C. § 405(g); ORDER<br><br>(Doc. 15) |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence six of 42 U.S.C. § 405(g). Upon remand, the Appeals Council will instruct the Administrative Law Judge to evaluate the new and material evidence submitted to the court; obtain a new psychological consultative examination; proceed through the sequential evaluation process, as warranted; and offer the claimant the opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment

Stipulation; Order                    Page 1                    Case No. 1:26-cv-01041-SKO

in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

                                        Respectfully submitted,


Dated: June 30, 2026                    PEÑA & BROMBERG, PLC

                              By:       /s/ Lillian J. Lee for*
                                        JONATHAN O. PENA
                                        Attorneys for Plaintiff
                                        [*As authorized by e-mail on June 30, 2026]


Dated: June 30, 2026                    ERIC GRANT
                                        United States Attorney
                                        MATHEW W. PILE
                                        Head of Program Litigation 1
                                        Social Security Administration

                              By:       /s/ Lillian J. Lee
                                        LILLIAN J. LEE
                                        Special Assistant United States Attorney
                                        Attorneys for Defendant

**<u>ORDER</u>**

Based on the parties' above stipulation and unopposed motion (Doc. 15), and for good cause shown,

IT IS HEREBY ORDERED that this action is REMANDED to the Commissioner of the Social Security Administration pursuant to sentence six of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

The Clerk of Court is DIRECTED to administratively close the case.  The Court retains jurisdiction over the matter, and either party may file a request to reopen the case once the administrative proceedings have been completed.

IT IS SO ORDERED.

Dated:    **June 30, 2026**              /s/ *Sheila K. Oberto*
                                   UNITED STATES MAGISTRATE JUDGE